[No. 25797-5-III. Division Three. January 27, 2009.]

DERAL GREEN ET AL., *Respondents*, v. SUSAN HOOPER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 04-2-00011-2, Allen Nielson, J., entered December 27, 2006. *Reversed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Sweeney, J. Now published at 148 Wn. App. 627.

[No. 26520-0-III. Division Three. January 27, 2009.]

MICHAEL W. NACCARATO ET AL., *Respondents*, v. JACK FINNEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-05265-6, Maryann C. Moreno, J., entered October 16, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.

[No. 26730-0-III. Division Three. January 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LANNY CEDILLOS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-8-00104-1, John M. Antosz, J., entered December 10, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26817-9-III. Division Three. January 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK SCOTT ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04010-3, Tari S. Eitzen, J., entered January 23, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.